Prepared by State Reporter from Appeal Papers

ALEXANDER J. STAUB, Respondent, *v.* BLANK FEUER
Co., INC., Appellant.

*Contract — sale — rescission — fraud — action to rescind contract of
sale of real property on ground of false representations.*

*Staub* v. *Blank Feuer Co., Inc.*, 220 App. Div. 724, affirmed.
(Submitted December 8, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial
department, entered April 17, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term. The action was in
equity to rescind a contract of sale of real property
situate at 110 and 116 Cambridge street, in the borough
of Brooklyn, upon the ground of fraud. The plaintiff
established that the defendant fraudulently represented
that a second mortgage of $92,000 contained the usual
and customary clauses, whereas in fact the said mortgage
contained the following unusual clause: " The unpaid
balance of principal and interest hereby secured shall, at
the option of the mortgagee, become forthwith due and
payable upon any part of the premises becoming let to,
owned or occupied by persons other than of the white
race."

*Benjamin Reass, Hugo Hirsh, Emanuel Newman* and
*Leonard F. Manheim* for appellant.

*Charles Berlin, Henry C. Berlin* and *Robert B. Wilkes*
for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.